IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 23 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02530-EWN-CBS

CHANA JONES,

    Plaintiff,

v.

SQUARE ONE FINANCIAL, and
ALL PRO RECOVERY,

    Defendants.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to

Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: January 23, 2008.

                BY THE COURT:

                s/ Edward W. Nottingham
                Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02530-EWN-CBS

Chana Jones
10318 Severance Drive
Parker, CO 80134

US Marshal Service
Service Clerk
Service forms for: Square One Financial and All Pro Recovery

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Square One Financial and All Pro Recovery: COMPLAINT FILED 01/04/08, SUMMONS, NOTICE OF WAIVER, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on _1/25/08_.

                                  GREGORY C. LANGHAM, CLERK

                              By: _____
                                     Deputy Clerk